IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

Request for International Judicial
Assistance from the 2nd Family and
Probate Court in Piracicaba, Brazil,
in *Daniela Aparecida Lando v. Claito
Rabaioli Lando*, Ref. No. 24853222.

Misc. No. 23-51335

## Ex Parte Order

    WHEREAS, the United States, by its counsel, on behalf of the State of São Paulo 2nd Family and Probate Court in Piracicaba, Brazil, in *Daniela Aparecida Lando v. Claito Rabaioli Lando,* Foreign Reference Number 24853222, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Comerica Incorporated, for use in connection with a judicial proceeding in the 2nd Family and Probate Court in Piracicaba, Brazil involving Claito Rabaioli Lando and Daniela Aparecida Lando also known by her surname Daniela Aparecida de Oliveira; and

    WHEREAS upon review of the Letter Rogatory issued by the State of São Paulo 2nd Family and Probate Court in Piracicaba, Brazil, in *Daniela Aparecida Lando v. Claito Rabaioli Lando,* seeking evidence from an entity that may be found within the jurisdiction of this Court for use in said judicial proceedings in Brazil, and the Court being fully informed in the premises,

IT IS ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Zak Toomey, Assistant United States Attorney for the Eastern District of Michigan, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Comerica Incorporated for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the State of São Paulo 2nd Family and Probate Court in Piracicaba, Brazil in *Daniela Aparecida Lando v. Claito Rabaioli Lando*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Comerica Incorporated in Livonia, Michigan, with a copy of this Order and the Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782(a) and the exhibits attached thereto.

This the 12th day of September, 2023.

/s/Terrence G. Berg  
TERRENCE G. BERG  
UNITED STATES DISTRICT JUDGE